422 A.2d 703

Rizk v. Rizk, Appellant.

Submitted March 19, 1979. Frank S. Poswistilo, for appellant; Richard J. Shiroff, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

* President Judge OTTO P. ROBINSON of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge MAURICE LOUIK of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

Order affirmed, and case remanded for further proceedings.